# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAFIS ALLEN,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-182 |
| v. | : | |
| | : | (Judge Rambo) |
| **JOHN WETZEL,** *et al.*, | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 3rd day of June 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants Wetzel and Ransom's motion to dismiss (Doc. No. 19) is **GRANTED**;

2. Defendants Wellpath and Dominic's motion to dismiss or, in the alternative, for summary judgment (Doc. No. 24), concurred in by Defendants Wetzel and Ransom (Doc. No. 29), is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

s/ Sylvia H. Rambo
United States District Judge